1  **ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
2  5707 N. West Avenue
Fresno, California 93711
3  Telephone: (559) 431-5700

4  Attorney for DENNIS BOYLE

5

6  **IN THE UNITED STATES DISTRICT COURT FOR THE**

7  **EASTERN DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| DENNIS BOYLE, | 1:06cv01772 OWW DLB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due July 28, 2007, and is therefore requesting additional time in which to file her opening brief until August 28, 2007.

Dated: July  27 , 2007        /S/ ROBERT ISHIKAWA
                              _____
                              ROBERT ISHIKAWA
                              Attorney for Plaintiff, DENNIS BOYLE

Dated: June  27 , 2007         /S/ PETER THOMPSON
                              _____
                              PETER THOMPSON
                              Assistant Regional Counsel

IT IS SO ORDERED.

   Dated:   **July 30, 2007**          **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1