**ROBERT ISHIKAWA - 90621**
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for DENNIS BOYLE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BOYLE,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | 1:06cv01772 OWW DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due August 28, 2007, and is therefore requesting additional time in which to file her opening brief until September 28, 2007.

Dated: August  28 , 2007         /S/ ROBERT ISHIKAWA
                                 _____
                                 ROBERT ISHIKAWA
                                 Attorney for Plaintiff, DENNIS BOYLE

Dated: August  29 , 2007         /S/ PETER THOMPSON
                                 _____
                                 PETER THOMPSON
                                 Assistant Regional Counsel

IT IS SO ORDERED.

  Dated:  **August 30, 2007**              **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

1