1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT FOR THE
8                            EASTERN DISTRICT OF CALIFORNIA
9
DENNIS M. BOYLE,                     )        1:06cv1772 OWW DLB
10                                   )
              Plaintiff,             )        ORDER GRANTING
11                                   )        EXTENSION OF TIME
                                     )
12                                   )        (Document 19)
      vs.                            )
13                                   )
MICHAEL J. ASTRUE, Commissioner,     )
14                                   )
15            Defendant.             )
_____  )
16
17       On October 1, 2007, the parties filed a stipulation and proposed order to extend time for
filing Plaintiff's opening brief to October 28, 2007.  The parties' request is GRANTED.
18
19       This is Plaintiff's third request for an extension of time to file his opening brief.  **Further
requests will not be granted absent a showing of good cause.**
20
21
22       IT IS SO ORDERED.
23       **Dated:   October 2, 2007**              _____/s/ **Dennis L. Beck**_____
                                                  UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28
                                          1