**ROBERT ISHIKAWA - 90621**
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for DENNIS BOYLE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BOYLE,  )<br>            )<br>    Plaintiff,  )<br>            )<br>    v.  )<br>            )<br>MICHAEL ASTRUE,  )<br>Commissioner of Social Security,  )<br>            )<br>    Defendant.  )<br>_____) | 1:06-CV-01772 OWW DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

   Plaintiff cannot meet the deadline for filing plaintiff's opening brief which is due October 28, 2007, and is therefore requesting additional time in which to file his opening brief until November 28, 2007. It is believed good cause exists for such extension as set forth in the declaration of Thomas V. Miles filed herewith.


Dated: October __26__, 2007        /S/ ROBERT ISHIKAWA
                                   _____
                                   ROBERT ISHIKAWA
                                   Attorney for Plaintiff, DENNIS BOYLE

Dated: October __26__, 2007        /S/ PETER THOMPSON
                                   _____
                                   PETER THOMPSON
                                   Assistant Regional Counsel


   IT IS SO ORDERED.

   Dated:  **October 31, 2007**        __/s/ Dennis L. Beck__
                                   UNITED STATES MAGISTRATE JUDGE

1