1
2
3
4
5
6                  IN THE UNITED STATES DISTRICT COURT FOR THE
7                          EASTERN DISTRICT OF CALIFORNIA
8
DENNIS M. BOYLE,                          )     1:06cv1772 OWW DLB
9                                         )
                 Plaintiff,               )     ORDER GRANTING REQUEST
10                                        )     TO STRIKE DOCUMENT 24
                                          )
11                                        )     ORDER GRANTING EXTENSION
                                          )     OF TIME
12        vs.                             )
                                          )     (Document 26)
13   MICHAEL J. ASTRUE, Commissioner,     )
                                          )
14                                        )
                 Defendant.               )
15   _____ )

16        On December 28, 2007, Plaintiff's counsel, Thomas V. Miles, filed a declaration indicating

17   that the opening brief filed on December 4, 2007, pertained to another social security plaintiff and

18   was filed in this action in error.  According to the declaration, the parties agreed that Mr. Miles

19   would move to strike the brief filed in error because of privacy concerns.  The parties also agreed

20   that Defendant would have until January 30, 2008, to file an opposition to the correct opening brief,

21   which was served on Defendant on December 27, 2007.

22        Mr. Miles' requests are GRANTED.  The Clerk of the Court is ordered to STRIKE

23   Document 24.  Defendant shall file his opposition to the opening brief no later than January 30,

24   2008.

25        IT IS SO ORDERED.

26   **Dated:   January 7, 2008**            _____ **/s/ Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE
27

28                                          1