# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNIS M. BOYLE, | ) | 1:06cv1772 OWW DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | ) ) | (Document 32) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) ) ) | |

On February 25, 2008, the Magistrate Judge issued Findings and Recommendation that Plaintiff's appeal from the administrative decision of the Commissioner of Social Security be GRANTED and that the action be REMANDED for further proceedings. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued February 25, 2008, is ADOPTED IN FULL; and

1

2. The appeal is GRANTED and the action is REMANDED for further proceedings. Judgment SHALL be entered in favor of Plaintiff DENNIS M. BOYLE and against Defendant Michael J. Astrue, Commissioner of Social Security.

IT IS SO ORDERED.

**Dated:**   **March 31, 2008**              /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE