1 | McGREGOR W. SCOTT
United States Attorney
2 | LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3 | Social Security Administration
KATHERINE R. LOO
4 | Special Assistant United States Attorney

5 | 333 Market Street, Suite 1500
San Francisco, California 94105
6 | Telephone:  (415) 977-8943
Facsimile:  (415) 744-0134
7 | E-Mail: katherine.loo@ssa.gov

8 | Attorneys for Defendant

9 | UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11 | **FRESNO DIVISION**

12 |

13 | DENNIS BOYLE,                              )
      )            CIVIL NO. 1:06-CV-1772 DLB
14 |       Plaintiff,                          )
      )            STIPULATION AND PROPOSED ORDER
15 |             v.                            )            SETTLING ATTORNEY'S FEES
      )            PURSUANT TO THE EQUAL ACCESS TO
16 | MICHAEL J. ASTRUE,                        )            JUSTICE ACT (EAJA)
Commissioner of                               )
17 | Social Security,                          )
      )
18 |       Defendant.                          )
_____ )

19 |

20 |       It is hereby stipulated by and between the parties, through their undersigned counsel, subject to

21 | the Court's approval, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney's fees under the

22 | Equal Access to Justice Act (EAJA) in the amount of THREE THOUSAND TWO HUNDRED

23 | DOLLARS ($3,200.00) for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28

24 | U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this

25 | action, but not constituting any admission of Defendant's liability under the EAJA in this action.

26 |       Payment of fees in the amount of THREE THOUSAND TWO HUNDRED DOLLARS

27 | ($3,200.00) shall constitute a complete release from and bar to any and all claims of Plaintiff relating to

28 |

1  EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff's counsel as

2  Plaintiff's assignee and delivered to Plaintiff's counsel.

3     This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act

4  attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

5                 Respectfully submitted,

6  Dated: July 16, 2008        */s/ Robert Ishikawa by Katherine R. Loo*
                (As authorized via facsimile)

7                 ROBERT ISHIKAWA
               Attorney for Plaintiff

8  Dated: July 16, 2008        McGREGOR W. SCOTT

9                 United States Attorney
               LUCILLE GONZALES MEIS

10                Regional Chief Counsel, Region IX
               Social Security Administration

11

12                 /s/ *Katherine R. Loo*
               KATHERINE R. LOO

13                Special Assistant U.S. Attorney

14                Attorneys for Defendant

15    IT IS SO ORDERED.

16     Dated:  **July 18, 2008**      **/s/ Dennis L. Beck**

17                UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28